JON FALLON, ESQ.  (JF2851)
FALLON IP, LLC
*ATTORNEYS FOR PLAINTIFF*
317 MORRIS AVENUE
MOUNTAIN LAKES, NJ 07046
508.735.1448 (DIRECT)
jfallon@fallonip.com (EMAIL)


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

EFFORTLESS BEDDING, LLC;

     **Plaintiff,**

   **v.**

  **CALYX LLC D/B/A TOESTY SHEETS**

     **Defendant.**

-------------------------------------------------------------X

Civil Action No.: _____

**VERIFIED COMPLAINT AND
DEMAND FOR JURY TRIAL**

<u>VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL</u>

Plaintiff Effortless Bedding, LLC, by and through its counsel, Jon Fallon, Esq., of Fallon IP, LLC, complain against Calyx, LLC (d/b/a Toesty Sheets), and alleges upon knowledge as to itself and otherwise upon information and belief as follows:

**NATURE OF THE ACTION**

1.    This is an action for (1) Trademark Infringement pursuant to 15 U.S.C. § 1114; Unfair Competition under 15 U.S.C. § 1125(a); (2) False Description under 15 U.S.C. § 1125(a); and (3) False Marking under 35 U.S.C. § 292.

**JURISDICTION AND VENUE**

2.    This Court has subject matter jurisdiction over all causes of actions set forth herein based upon 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1338(a) and 1338(b), and pursuant to the supplemental jurisdiction of this Court for all future potential non-federal causes of action under 28 U.S.C. § 1367.

3.    This Court has personal jurisdiction over Defendant by virtue of, *inter alia*, (a) Defendant having numerous business relations within the state of New Jersey, and conducting regular and continuous business transactions therewith, giving it the requisite minimum contacts with the state required to be subject to jurisdiction therein; (b) commission of tortious acts by Defendant within the State of New Jersey and within this Judicial District; and (c) regular and continuous transaction of business, including the tortious acts complained of herein, within the State of New Jersey and within this Judicial District.

4. Venue is proper in this judicial district and division pursuant to 28 U.S.C. § 1391(b) and (c).

## THE PARTIES TO THE COMPLAINT

5. Plaintiff Effortless Bedding, LLC is a New Jersey Limited Liability Company, with its principal place of business at 4400 Route 9 South, Suite 1000, Freehold, New Jersey 07728.

6. Defendant Calyx, LLC (d/b/a Toesty Sheets), is a Connecticut Limited Liability Company, with its registered business address at 113 Lakeside Drive East Haddam, CT, 06423, and conducts regular business operations, including

7. advertising and sales in the State of New Jersey.

## BACKGROUND

8. In early 2007, Rita Aprile and Caterina Angelicola came up with an invention for a semi-fitted top sheet for bed linens. Shortly thereafter, on September 4, 2007, they filed a filed a United States Patent Application covering their invention. United States Patent No. 8,336,137 issued on December 25, 2012 covering Effortless' semi-fitted top sheet design (the "Effortless Patent"). *See Exhibit A.*

9. The first bed sheets sold under the "Effortless" brand was in January 2009, and a Trademark Application was filed at the USPTO on February 2, 2009 for "Effortless" (the "Trademark") under the goods/services description of "bed blankets, bed sheets, comforters" in Class 024.

10. In March 2009, Aprile and Angelicola decided to create a limited liabiliy

company to manufacture and sell their patent-pending semi-fitted top sheet design, and formed Effortless Bedding, LLC (hereinafter "Effortless").

11.    On October 2, 2012, the Trademark became a Registered Mark at the USPTO under Registration No. 4,218,105.  *See Exhibit B*.

12.    Effortless has submitted all necessary documents and evidence to the USPTO to maintain the Registration, and on March 14, 2019, the USPTO accepted Effortless' submission of its statement of incontestability for the Trademark.

13.    Effortless' Trademark is valid, is afforded a presumption of validity, and is protected by the Lanham Act and all other relevant federal laws.

14.    Since 2009, Effortless has consistently used the Trademark "Effortless" as its brand identity, garnering significant acquired distinctiveness.

15.    Effortless spends substantial amounts of money annually on promotional materials for its business, including general marketing and advertising, corporate gifts, corporate sponsorships and the like.

16.    Effortless spends significant money annually on third party search engine optimization (SEO) services, to ensure its customers can find Effortless' products when searching for them on Amazon, Google, or any other commercial search engine.

17.    In 2025, Effortless noticed its revenues from online sales were beginning to decline.  Upon internal investigation, when searching for Effortless' bedding products, products made by Calyx, LLC (d/b/a Toesty Sheets) (hereinafter "Toesty") were being promoted.

18.    Toesty's advertised its products as being "seamless" and used the term "effortless" in their promotion.  Moreover, Toesty claimed it was the "first semi-fitted top sheet of its kind" and had a "patented corner design."  *See www.toestysheets.com.*

19.    In December 2025, Effortless retained counsel to send a demand notice to Toesty, identifying the false advertising claims, as well as the infringing use of the Trademark, Effortless.  *See Exhibit C.*

20.    In response, Toesty's counsel falsely claimed that Toesty had never heard of Effortless, and that it would not use the term Effortless in its advertising. Toesty's counsel contended that Toesty would continue to claim that its bedsheets were "patented" and that they were "seamless."  *See Exhibit D.*

21.    In early 2026, Effortless retained new counsel to further investigate these issues.  Effortless found that Toesty had not ceased its use of the Trademark in connection with its advertising and website usage.  Rather, several uses of the Trademark are found in the source code of Toesty's website (www.toestysheets.com).  *See Exhibit E.*   These uses of the Trademark in the source code of the website allow the Toesty website to come up in a search for Effortless in connection with bedding or bed sheets.

22.    Effortless searched and found United States Design Patent No. D978,575, entitled "Partially Fitted Top Sheet on a Mattress," by inventor Michele Wytas, believed to the founder of Toesty (the "Toesty Design Patent").  *See Exhibit F.*    It should be noted that the Effortless Patent, which reflects

Effortless Bedding's name as the owner thereof, was cited as a basis for refusal against the Toesty Design Patent during its application stage, putting Toesty on notice of both the name Effortless Bedding and the product made by Effortless.

23. The Toesty Design Patent, like all design patents, has a single claim. The Toesty Design Patent claim states "the ornamental design for a partially fitted top sheet for a mattress, as shown and described."

24. Figure 8 of the Toesty Design Patent, showing an angled perspective of the ornamental design of the patented partially fitted top sheet for a mattress, is shown below:



FIG. 8

25. As with all U.S. Design Patents, the Figures depict the patented ornamental design, with dotted lines not being part of the claimed design.  As such, as shown in Figure 8 above, the bed frame and the mattress itself do not form part of the claimed design.

26. Accordingly, the patented ornamental design includes all of the solid lines shown in the Figures, and as most clearly demonstrated by Figure 8, would include a very specific fountain-esque design in the corners of the sheet, radiating from a central point in the lower corner and the top corner.

27. When Toesty advertises its sheets as having a "patented corner design" it is believed to be the Toesty Design Patent that it inherently references.

28. However, upon examination of Toesty's bedsheets, none of the ornamentality claimed in the Toesty Design Patent is found.

29. An advertised photograph of Toesty's bedsheets, claiming to have a "patented corner design" is provided below:

*EFFORTLESS BEDDING, LLC v. CALYX, LLC (d/b/a Toesty Sheets)*
*Verified Complaint and Demand for Jury Trial*                    *Electronically filed via ECF: April 28, 2026*



30.    The same image, before being digitally enhanced, is still found on Toesty's

Kickstarter    webpage    where    it    first    launched    it    products    (see

https://www.kickstarter.com/projects/toestysheets/toesty-sheets-no-tuck-

fitted-top-sheet-sets):



31.    The image from the Kickstarter website appears substantially identical to the Toesty product purchased by Effortless and reviewed by Effortless.

32.    No aspect of the actual Toesty product reflects the ornamental design shown in the Figures of the Toesty Design Patent.  Notably, the radiating lines from the top and bottom corners of the sheet are missing.

33.    Notwithstanding the lacking ornamental features, Toesty has advertised and continues to advertise its bedsheets as having a "patented corner design." Notably, even if its bedsheets had the ornamental corner features shown in the figures of the Toesty Design Patent, the entire partially fitted top sheet for a mattress is the claimed ornamental design, not its corners.

34.    Moreover, Toesty repeatedly used the term "seamless" in connection with its bedsheet products.

35.    As shown in the image, Toesty's bed sheets have a large seam cut into and running down the corner of the sheet.

36.    The Effortless' Patent claims a true seamless design of a semi-fitted top sheet, with no internal cuts or stitching (commonly defined as a "seam") for purposes of fitting to the contour of a mattress.

37.    Upon information and belief, Toesty has used the falsely descriptive "seamless" design as well as its "patented corner design" on its sheets in an effort to manipulate the marketplace into believing its products are something they are not.

38.    Upon information and belief, Toesty is acting with willful malice in an effort to compete against Effortless and its patented and seamless products.

## FIRST CAUSE OF ACTION

## TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

39.    Paragraphs 1 through 38 are realleged and incorporated herein by reference.

40.    Defendant Toesty knowingly and willfully have used and continue to use the Trademark, EFFORTLESS, in connection with their marketing and sales of bed sheets.

41.    Defendant's usage of the Trademark is likely to cause confusion, and has caused confusion, in the relevant marketplace, in the State of New Jersey, and across numerous other states where Plaintiff and Defendant conduct business.

42. Moreover, Defendant's usage of the Trademark in connection with its website source code is intended to drive customers looking for Effortless' products to their own website.

43. These acts by Defendant constitute trademark infringement in violation of § 32 of the Lanham Act, 15 U.S.C. 1114.

44. As a result of Defendant's actions, Plaintiff has suffered injury, including irreparable injury, and damages, including lost profits, reasonable royalties, and other damages as set forth herein.

## SECOND CAUSE OF ACTION

## FALSE DESCRIPTION UNDER 15 U.S.C. § 1125(a)

45. Paragraphs 1 through 44 are realleged and incorporated herein by reference.

46. Defendant's actions, notably its description of its products as "seamless" as well as having a "patented corner design," are both knowingly and demonstrably false.

47. Upon information and belief, Defendant has intentionally used these false descriptions to attempt to draw customers away from Plaintiff's actual "seamless" corner patented bedsheet design.

48. These acts by the Defendants constitute a violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

49.    As a result of Defendants' actions, Plaintiff has suffered injury, including irreparable injury, and damages, including lost profits, reasonable royalties, and other damages as set forth herein.

## THIRD CAUSE OF ACTION

## FALSE MARKING UNDER 35 U.S.C. § 292

50.    Paragraphs 1 through 49 are realleged and incorporated herein by reference.

51.    Defendant's Toesty Design Patent protects the ornamental design of a partially fitted top sheet for a mattress.  The claimed scope of the ornamental design being defined by the Figures presented in the Toesty Design Patent.

52.    The ornamental design depicted in the Figures of the Toesty Design Patent reflect clearly distinct design marks on the partially fitted top sheet for a mattress.

53.    Upon inspection of Defendant's actual products adversited as "patented," no defined aspects of the ornamental design are present.  Notably, the unique radiating design lines from the upper and lower corners of the Toesty Design Patent are absent from any Toesty product.  This is further confirmed by Toesty's own marketing imagery in which these ornamental designs are lacking.

54.    Despite the clear deficiencies between the product and the Toesty Design Patent, Defendant markets and advertises its product as having a "patented corner design."

55.    Defendant's actions are conducted in bad faith and designed to profit from misusing a "patented" designation to confuse the marketplace as to the novelty of Toesty's products.

56.    Defendant has used this improper patnet marking to divert internet customers from Effortless' products which are actually "patented" and have a "seamless" corner design.

57.    By virtue of this false marking by the Defendant, Plaintiff has suffered, and will continue to suffer, damages and irreparable harm unless Defendant are preliminarily and permanently enjoined by this Court from falsely marketing their products as patented.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

1.    A permanent injunction restraining Defendant, its respective officers, agents, servants, employees, attorneys, and those in active concert or participation with them, from:

A. using Plaintiff's Trademark or any colorable imitation thereof, or any other mark, the use of which is likely to cause confusion, or cause mistake, or to deceive including but not limited to EFFORTLESS;

B. Using, in connection with the offering for sale or sale of any services and/or products, any false description or representation stating or implying that Toesty's products are "seamless" in any capacity, or that they have a "patented corner design";

C. Using, in connection with the offer for sale or sale of any services and/or products, in particular, their bed sheets, the term "patented" or any variation thereof, where such product lacks the clearly defined ornamental limitations as set forth in the Toesty Design Patent;

2. Damages to be paid to Plaintiff by Defendants as follows:

A. actual damages sustained as a result of Defendant's wrongful actions;

B. Defendant's profits made as a result of Defendant's wrongful actions;

C. exemplary and/or Treble damages for Defendant's willful actions;

D. interest, attorney's fees and costs associated herewith;

E. an award of prejudgment and post-judgment interest and costs of suit;

F. an award of punitive damages in an amount to be determined by the Court, but not less than $250,000.00, for Defendant's deliberate and willful acts;

G. an award of actual and compensatory damages in an amount not presently known, but to be computed during the pendency of this action; and

H. an award of any such other and further relief as this Court deems just and equitable.

*EFFORTLESS BEDDING, LLC v. CALYX, LLC (d/b/a Toesty Sheets)*
*Verified Complaint and Demand for Jury Trial*                    *Electronically filed via ECF: April 28, 2026*

Respectfully submitted,


Date: April 28, 2026                    By:/s/   Jon Fallon                    /

**JON FALLON, ESQ.  (JF2851)**
**FALLON IP, LLC**
*ATTORNEYS FOR PLAINTIFF*
317 MORRIS AVENUE
MOUNTAIN LAKES, NJ 07046
508.735.1448 (DIRECT)
jfallon@fallonip.com (EMAIL)

CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

The undersigned hereby certifies, pursuant to Local Civil Rule 11.2, that with respect to the matter in controversy herein, neither Plaintiff nor Plaintiff's attorney is aware of any other action pending in any court, or any pending arbitration or administrative proceeding, to which this matter is subject.

Respectfully submitted,

Date: <u>April 28, 2026</u>    By: <u>/s/   Jon Fallon                    /</u>

**JON FALLON, ESQ.  (JF2851)**
**FALLON IP, LLC**
*ATTORNEYS FOR PLAINTIFF*
317 MORRIS AVENUE
MOUNTAIN LAKES, NJ 07046
508.735.1448 (DIRECT)
jfallon@fallonip.com (EMAIL)

CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 7.1

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1, that with respect to the matter in controversy herein, Plaintiff does not have any parent corporation, nor have any publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

Date: April 28, 2026                    By:/s/   Jon Fallon                    /

**JON FALLON, ESQ.  (JF2851)**
**FALLON IP, LLC**
*ATTORNEYS FOR PLAINTIFF*
317 MORRIS AVENUE
MOUNTAIN LAKES, NJ 07046
508.735.1448 (DIRECT)
jfallon@fallonip.com (EMAIL)

## VERIFICATION OF THE COMPLAINT

I, Neil Angelicola, certify that I am the manager of Effortless Bedding, LLC, the Plaintiff in the foregoing Complaint.

I have read the verified complaint and the information contained in it is true to the best of my personal knowledge, information and belief.

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Signature:     /s/        Neil Angelicola    /

Name:        Neil Angelicola.

            Manager of Effortless Bedding, LLC

Date:        April 26, 2026

# EXHIBIT A

US008336137B2

## (12) United States Patent
### Aprile et al.

(10) Patent No.: **US 8,336,137 B2**
(45) Date of Patent: **Dec. 25, 2012**

(54) **SEMI-FITTED BEDSHEET AND METHOD OF MANUFACTURING SAME**

(75) Inventors: **Rita Aprile**, Millstone, NJ (US); **Caterina Angelicola**, Howell, NJ (US)

(73) Assignee: **Effortless Bedding LLC**, Freehold, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 330 days.

(21) Appl. No.: **11/849,792**

(22) Filed: **Sep. 4, 2007**

(65) **Prior Publication Data**

US 2009/0056018 A1    Mar. 5, 2009

(51) **Int. Cl.**
*A47G 9/04* (2006.01)

(52) **U.S. Cl.** .......................... **5/497**; 5/495; 5/498; 5/499

(58) **Field of Classification Search** .............. 5/497, 482, 5/485, 498, 483, 486, 493, 499, 494–496
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,757,389 A | 8/1956 | King | | |
| 3,868,735 A | 3/1975 | Ross | | |
| 3,962,739 A | * 6/1976 | Crockett | ........................... | 5/497 |
| 4,021,869 A | 5/1977 | Root | | |
| 4,245,365 A | 1/1981 | Large | | |
| 5,027,460 A | 7/1991 | Honig | | |
| 5,165,128 A | * 11/1992 | Honig | ............................... | 5/497 |
| 5,189,744 A | * 3/1993 | Roberts | ............................. | 5/497 |
| 5,465,440 A | * 11/1995 | Heptner | ............................. | 5/497 |
| 6,041,456 A | 3/2000 | Pharr | | |
| 6,061,851 A | * 5/2000 | Crowell | ............................. | 5/497 |
| 2004/0200000 A1 | * 10/2004 | Harbin et al. | ...................... | 5/497 |
| 2005/0071924 A1 | * 4/2005 | Ratigan | ............................. | 5/497 |
| 2005/0193490 A1 | * 9/2005 | Macdonald | ........................ | 5/500 |
| 2007/0174963 A1 | * 8/2007 | Howard | ............................ | 5/497 |

FOREIGN PATENT DOCUMENTS

FR    2 859 087    3/2005

OTHER PUBLICATIONS

PCT/ISA/220, "Notification of Transmittal of the International Search Report . . .", for PCT/US2008/067586, Mailed Aug. 14, 2008, (3 Pgs).
PCT/ISA/237, "Written Opinion of the International Searching Authority", for PCT/US2008/067586, Mailed Aug. 14, 2008, (4 Pgs).
PCT/ISA/210, "International Search Report", for PCT/US2008/067586, Mailed Aug. 14, 2008, (3 Pgs).

* cited by examiner

*Primary Examiner* — William Kelleher

(74) *Attorney, Agent, or Firm* — Jon Fallon, Esq.

(57) **ABSTRACT**

Embodiments of the present invention relate to a bedsheet comprising a non-fitted portion and a fitted portion for securing the bedsheet onto one end of a mattress, and a method for manufacturing the same. In one embodiment, a semi-fitted bedsheet comprises a seamless fitted portion, a non-fitted portion, and a securing means incorporated along an edge of the fitted portion. In another embodiment, a semi-fitted bedsheet further comprises a position indicator for identifying a proper positioning of the bedsheet on a mattress.

**18 Claims, 4 Drawing Sheets**

100



## FIG.  1

<u>100</u>



**U.S. Patent**      Dec. 25, 2012      Sheet 2 of 4      US 8,336,137 B2



*FIG. 2*

U.S. Patent      Dec. 25, 2012      Sheet 3 of 4      US 8,336,137 B2



FIG. 3C



FIG. 3B



FIG. 3A



*FIG. 3E*



*FIG. 3D*

US 8,336,137 B2

# SEMI-FITTED BEDSHEET AND METHOD OF MANUFACTURING SAME

## BACKGROUND OF THE INVENTION

1. Field of the Invention

Embodiments of the present invention generally relate to a semi-fitted bedsheet and method thereof. More specifically, embodiments of the present invention relate to a bedsheet comprising a non-fitted portion and a fitted portion for securing the bedsheet onto one end of a mattress, and a method for manufacturing the same.

2. Description of the Related Art

Traditional bedsheets consist of a fitted bottom sheet and a flat top sheet. Fitted bottom sheets are provided with an elastic edge surrounding the entire sheet, and are used to maintain the position of the sheet on the bed. By positioning the elastic edge around a mattress, fitted bottom sheets encompass and protect the surface of the mattress.

Flat top sheets are substantially flat blanks of woven fabric that may be draped over a mattress. Often, the bottom edge and both side edges of the flat top sheet are tucked underneath the mattress. During the course of sleeping, however, a restless sleeper may toss and turn and, as a result, disengage at least a portion of the flat top sheet from underneath the mattress.

Another problem with many flat top sheets is a lack of user-friendliness for physically challenged consumers. Physically challenged persons may have difficulty lifting a mattress to tuck a flat top sheet underneath. Even without lifting the mattress, the ability to forcefully tuck a flat top sheet underneath the mattress requires a certain strength and skill set not all persons possess. Similarly, persons with certain disabilities, such as blindness, may have a very difficult time determining the positioning of the flat top sheet as it is being tucked underneath the mattress.

To overcome some of these problems, attempts have been made to create a partially-fitted top sheet, i.e., a sheet having a fitted end for at least partially securing to a mattress. However, none of the known partially-fitted top sheets address each of the aforementioned failures of traditional flat top sheets. Moreover, one common problem with many of the known partially-fitted top sheets is their complexity. Many have complex structures requiring a great deal of attention and production/manufacturing time. These partially-fitted top sheets generally require a great deal of tailoring and seamstress work in order to create and hold all of the necessary pockets and folds.

Thus, there is a need for an improved semi-fitted bedsheet.

## SUMMARY OF THE INVENTION

Embodiments of the present invention generally relate to a bedsheet comprising a non-fitted portion and a fitted portion for securing the bedsheet onto one end of a mattress. In one embodiment of the present invention, a semi-fitted bedsheet comprises a seamless fitted portion, a non-fitted portion, and a securing means incorporated along an edge of the fitted portion. In another embodiment, a semi-fitted bedsheet further comprises a position indicator for identifying a proper positioning of the bedsheet on a mattress.

In another embodiment of the present invention, a method for making a semi-fitted bedsheet comprises providing a blank of material, making a single cut along a first end of the blank of material, creating at least a position indicator in the blank of material, and incorporating a securing means along an edge of the first end of the blank of material.

## BRIEF DESCRIPTION OF THE DRAWINGS

So the manner in which the above recited features of the present invention can be understood in detail, a more particular description of embodiments of the present invention, briefly summarized above, may be had by reference to embodiments, which are illustrated in the appended drawings. It is to be noted, however, the appended drawings illustrate only typical embodiments of embodiments encompassed within the scope of the present invention, and, therefore, are not to be considered limiting, for the present invention may admit to other equally effective embodiments, wherein:

FIG. 1 depicts a top view of a semi-fitted bedsheet in accordance with one embodiment of the present invention;

FIG. 2 depicts a perspective view of a semi-fitted bedsheet in operation in accordance with one embodiment of the present invention; and

FIGS. 3A-3E depict a method of manufacturing a semi-fitted bedsheet in accordance with one embodiment of the present invention.

The headings used herein are for organizational purposes only and are not meant to be used to limit the scope of the description or the claims. As used throughout this application, the word "may" is used in a permissive sense (i.e., meaning having the potential to), rather than the mandatory sense (i.e., meaning must). Similarly, the words "include", "including", and "includes" mean including but not limited to. To facilitate understanding, like reference numerals have been used, where possible, to designate like elements common to the figures.

## DETAILED DESCRIPTION

Embodiments of the present invention generally relate to a semi-fitted bedsheet and method thereof. More specifically, embodiments of the present invention relate to a bedsheet comprising a non-fitted portion and a fitted portion for securing the sheet onto one end of a bed.

FIG. 1 depicts a top view of a semi-fitted bedsheet in accordance with one embodiment of the present invention. Embodiments of the present invention comprise a semi-fitted bedsheet 100. Generally, the semi-fitted bedsheet comprises a fitted portion 102 and a non-fitted portion 104. The non-fitted portion 104 of the bedsheet 100 is analogous to a conventional flat top sheet, being substantially unobstructed or non-aesthetically modified. Generally, in accordance with embodiments of the present invention, the bedsheet 100 comprises at least one of cotton, polyester, or flannel material.

The fitted portion 102 of embodiments of the present invention is seamless, such that no seams or stitching, for purposes of fitting to the contour of a mattress (e.g., to conform to the right angles of a corner of a mattress), are provided. Moreover, embodiments of the present invention are generally designed independent of the thickness of the mattress such that a bed in accordance with embodiments of the present invention may accommodate a standard mattress as well as an extra deep mattress.

The fitted portion 102 generally comprises a securing means 106 to secure the bedsheet 100 to at least one end of a mattress (not shown). The securing means 106 is generally positioned along an edge of the fitted portion 102 of the bedsheet 100. In one embodiment, the securing means 106 comprises a strip of elastic material. In another embodiment,

US 8,336,137 B2

3

the securing means **106** comprises at least one of natural rubber fibers, synthetic rubber fibers, spandex fibers, or the like.

In many embodiments, a channel **110** is provided along an edge of the fitted portion **102** of the bedsheet **100**. In one embodiment, the channel **110** is formed from a hem, as a section of material is folded over itself and stitched shut to create a channel **110**. It is understood by embodiments of the present invention, the formation of a channel **110** in such a manner does not interfere with the seamlessness of the fitted portion **102**, whereas the channel **110** is not for purposes of fitting to the contour of a mattress.

In certain embodiments, the securing means **106** may be housed within the channel **110**, and secured via an anchoring stitch **112** at each end of the channel **110**. In another embodiment, the securing means **106** may be interwoven into the material of bedsheet **100** itself. For example, where spandex fibers are provided as a securing means **106**, the spandex fibers may be woven into the woven fabric of the bedsheet **100**, along an edge of the fitted portion **102**. In an alternative embodiment, the securing means **106** may be affixed to an edge of the fitted portion **102**. For example, where a strip of natural or synthetic rubber fibers or fabric are provided as a securing means **106**, the strip of natural or synthetic rubber fibers or fabric are affixed, via an adhesive, stitching, or the like, to an outermost edge of the fitted portion **102** of the bedsheet **100**.

Embodiments of the present invention optionally comprise a position indicator **108**. In accordance with embodiments of the present invention, the position indicator **108** may indicate the position visually, palpably, or audibly to the user. In one embodiment of the present invention, the position indicator **108** comprises a piece of fabric substantially different from the material composition of the bedsheet **100**. For example, in one embodiment, the bedsheet **100** may comprise a cotton blend material and the position indicator **108** comprises a felt or plush material. In another embodiment, the position indicator **108** comprises a dart. For the purpose of this patent application, the term "dart" is intended to mean a stitch which directs an article of fabric to conform to the contours of the body to which it is fit.

FIG. **2** depicts a perspective view of a semi-fitted bedsheet in operation in accordance with one embodiment of the present invention. In one embodiment, a dart **202** is used as a position indicator to indicate to the user the relative position of the bedsheet **100** on a mattress **210**. As the semi-fitted bedsheet **100** is positioned on the mattress **210**, the position of the dart **202** coincides with the corresponding corner of the mattress **210**. In accordance with another embodiment of the present invention, the semi-fitted bedsheet comprises a second position indicator **204**.

Other embodiments provide a position indicator **108** comprising substantially the same material as the bedsheet **100**, and having a substantially different color or pattern. In yet another embodiment, the position indicator **108** comprises a sensor. In such an embodiment, the sensor may emit a sound or other signal to notify an individual, particularly an individual with a visual impairment, of the location of the position indicator **108**.

Referring now to FIGS. **3A-3B**, one method for manufacturing the semi-fitted bedsheet in accordance with embodiments of the present invention is disclosed in a step-by-step process. As generally understood by those of ordinary skill in the art, this method may be performed in any logical order, and should not be limited by the order of the steps discussed herein.

4

As shown in FIG. **3A**, a method comprises providing a rectangular blank of material **300**. As shown in FIG. **3B**, a single cut **302** is made along a first end **304** of the rectangular blank of material **300**. In accordance with embodiments of the present invention, this cut **302** is a single, continuous cut having either a constant radius of curvature or a variable radius of curvature R.

Referring now to FIG. **3C**, a position indicator **308** may be created in the blank of material. In one embodiment of the present invention, the creation of a position indicator **308** comprises stitching a plurality of fibers or a continuous fiber along an arc or angle into the blank of material **300**. The location of the position indicator **308** may be determined by the size of the blank of material **300** and/or the size or intended size of a mattress on which a bedsheet in accordance with embodiments of the present invention should be utilized.

In FIG. **3D**, a channel **310** may be formed along an edge of the first end **304** of the blank of material **300**. In one embodiment, the channel **310** may be formed by creating a hem along a fold in the blank of material along the edge of the first end **304**. In accordance with embodiments of the present invention, as shown in FIG. **3E**, a securing means **314** is incorporated into the channel **310** to provide expandability and resilience to the edge of the first end **304** of the blank of material **300**. In one embodiment, the securing means **314** is anchored to a first end and second end of the channel **310** via anchoring stitches **312**. Optionally, a plurality of anchoring stitches may be provided along the securing means **314**, and through the channel **310**, to provide stability to the first end, and in certain embodiments, may prevent the securing means **314** from snapping or breaking.

While the foregoing is directed to embodiments of the present invention, other and further embodiments of the invention may be devised without departing from the basic scope thereof.

What is claimed is:

1. A semi-fitted bedsheet comprising:
   a fitted portion, defined by a distal end and a first and second outermost side edge of the bedsheet, the first and second outermost side edges being inclusive of the widest edges of the entire bedsheet, comprising:
      a securing means incorporated along a continuously convex outer edge of the bedsheet, along a perimeter of the fitted portion, and
      a remainder of the fitted portion being free of seams, free of cuts, and free of stitching for purposes of fitting to the contour of a mattress; and
   a non-fitted portion, defined by an end of the bedsheet opposing the distal end.

2. The semi-fitted bedsheet of claim **1**, further comprising a position indicator for identifying a proper positioning of the bedsheet on a mattress.

3. The semi-fitted bedsheet of claim **2**, wherein the position indicator comprises a dart.

4. The semi-fitted bedsheet of claim **2**, wherein the position indicator comprises at least one of a sensor or a piece of fabric material substantially different from the material of the bedsheet.

5. The semi-fitted bedsheet of claim **2**, further comprising at least a plurality of position indicators.

6. The semi-fitted bedsheet of claim **1**, wherein the bedsheet comprises at least one of cotton, polyester, or flannel.

7. The semi-fitted bedsheet of claim **1**, wherein the securing means comprises an elastic material.

8. The semi-fitted bedsheet of claim **7**, wherein the strip of elastic material comprises a plurality of at least one of natural rubber, synthetic rubber, or spandex fibers.

US 8,336,137 B2

5

9. The semi-fitted bedsheet of claim 1, wherein the securing means is housed in a channel along the edge of the fitted portion.

10. The semi-fitted bedsheet of claim 9, wherein the securing means is anchored to at least a first end and a second end of the channel.

11. The semi-fitted bedsheet of claim 10, wherein the securing means is anchored using a plurality of threads stitched into the securing means and through the fitted portion.

12. The semi-fitted bedsheet of claim 9, wherein the channel is formed from a hem along the edge of the fitted portion.

13. A semi-fitted bedsheet comprising:
a fitted portion, defined by a distal end and a first and second outermost side edge of the bedsheet, the first and second outermost side edges being inclusive of the widest edges of the entire bedsheet, having an elastic material incorporated along in a channel along a continuously convex outer edge of the bedsheet, along a perimeter of the fitted portion, and a remainder of the fitted portion is free of seams, free of cuts, and free of stitching for purposes of fitting to the contour of a mattress;
a non-fitted portion, defined by an end of the bedsheet opposing the distal end; and
a dart for identifying a proper positioning of the bedsheet on a mattress.

14. The semi-fitted bedsheet of claim 13, further comprising at least a plurality of darts.

6

15. The semi-fitted bedsheet of claim 13, wherein the bedsheet comprises at least one of cotton, polyester, or flannel.

16. The semi-fitted bedsheet of claim 13, wherein elastic material is anchored using a plurality of threads stitched into a first and second end of the elastic material and through the fitted portion.

17. A semi-fitted bedsheet comprising:
a fitted portion, defined by a distal end and a first and second outermost side edge of the bedsheet, the first and second outermost side edges being inclusive of the widest edges of the entire bedsheet, comprising:
an elastic material incorporated along in a hemmed channel along a continuously convex outer edge of the bedsheet, along a perimeter of the fitted portion and anchored using a plurality of threads stitched into a first and second end of the elastic material and through the fitted portion, and
a remainder of the fitted portion is free of seams, free of cuts, and free of stitching for purposes of fitting to the contour of a mattress; and
a non-fitted portion, defined by an end of the bedsheet opposing the distal end; and
a plurality of darts for aligning the semi-fitted bedsheet with corners on a mattress.

18. The semi-fitted bedsheet of claim 17, wherein the bedsheet comprises at least one of cotton, polyester, flannel or combinations thereof.

\*   \*   \*   \*   \*

**EXHIBIT B**



# United States of America
### United States Patent and Trademark Office

# EFFORTLESS

| | |
|---|---|
| **Reg. No. 4,218,105** | APRILE, RITA (UNITED STATES INDIVIDUAL) |
| **Registered Oct. 2, 2012** | 228 STAGECOACH ROAD<br>MILLSTONE, NJ 08501 |
| **Int. Cl.: 24** | FOR: BED BLANKETS; BED SHEETS; COMFORTERS, IN CLASS 24 (U.S. CLS. 42 AND 50). |
| **TRADEMARK** | FIRST USE 1-27-2009; IN COMMERCE 1-27-2009. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |

SN 77-661,436, FILED 2-2-2009.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT C



405 Lexington Avenue
New York NY 10174

Main    212 336 8000
Fax      212 336 8001
Web     www.arelaw.com

December 8, 2025

Neil M. Zipkin
Direct 212 336 8120
E-mail nzipkin@arelaw.com

***via email***

Ms. Crystal Laborin
Ms. Michele Wytas
Calyx LLC d/b/a Toesty Sheets
113 Lakeside Drive
East Haddam, CT  06423

> Re:  Effortless Bedding – Toesty Sheets
>       Unfair Competition
>       Our File: 31880/0007

Mesdames:

Our firm is intellectual property counsel to Effortless Bedding LLC.  As you know, Effortless is the owner of US Trademark Registration no.4,218,105 for the mark EFFORTLESS as applied to bed blankets; bed sheets; and comforters.  In addition, Effortless is the owner of US Patent no.8,336,137 for a Semi-Fitted Bedsheet.  Products bearing the EFFORTLESS mark and made in accordance with the '105 Patent have been extremely successful and have earned an enviable reputation in the trade and among the purchasing public for its high-quality construction and premium materials.

Recently, Effortless has learned that your company has introduced a copy-cat semi-fitted sheet and falsely advertised that such product is "patented" and "seamless," presumably in an attempt to mislead potential customers into believing that such products are the same as those sold by Effortless when they are not.  In furtherance of this scheme, your products are advertised using the word "effortless" in an obvious attempt to associate your company's inferior product with those from Effortless.

Further, the advertisements we have reviewed include the false claim that your sheet set is "The first semi-fitted top sheet of its kind."  Such statement ignores the Effortless sheet and falsely suggests that Effortless is the copyist rather than your company.  Still further, some of the Amazon ads for your product claim it to be "seamless" purportedly to disguise the fact that your seamed copy-cat product does not have the same comfortable seamless construction as the patented Effortless top sheet.  Ironically, if your sheets were seamless as claimed, they would infringe the '105 Patent.

4910-7993-4080v.1

Ms. Crystal Laborin
Ms. Michele Wytas                                  2                              December 8, 2025

   The above conduct when viewed in its entirety constitutes federal and common law unfair competition.  It appears calculated to, and is likely to, cause customers and potential customers to be confused as to the source or origin of your company's poorer quality semi fitted sheets.  They are likely to mistakenly believe that such products originate with Effortless thereby wrongfully place Effortless' reputation for quality in the hands of your company.

   To avoid further injury to Effortless, we demand that you immediately discontinue all false references to "patented," "seamless,"  or "first of its kind," in advertisements or on packaging for your products and that you discontinue any and all use of "effortless" in advertising  or  promotional material for your company's bedding products, whether or not such use is believed to be descriptive.  You will be held responsible for advertising or promotional materials provided to customers for advertising your products.

   If you do not provide us with written assurances within ten (10) days of receipt of the email copy of this letter that each of the above demands will be complied with, we will seek instructions from our client to more formally assert its rights to prevent further unfair competition.

          Very truly yours,

          AMSTER, ROTHSTEIN & EBENSTEIN LLP

          *s/Neil M. Zipkin/*

          Neil M. Zipkin

NMZ/mk

cc:  Calyx (via U.S. Mail)
   Effortless Bedding

4910-7993-4080v.1

# EXHIBIT D

# The Law Offices of
# McHugh & Associates, LLC

Attorneys:
Sean M. McHugh
Lori D. McHugh

*Legal Assistants:*
Melanie M. Boutin
Myla R. Cammilletti
Kimberly M. Ray
Jenna L. Walden
Jenna L. Selochan
Ana Rosas**
Jacqueline E. Morris
James I. Dobson#
Faye M. Cattel#
Daniel R. O'Brien#
** Se Habla Español
# Law Clerk

December 11, 2025

Mr. Zipkin,

I am writing on behalf of my client Toesty Sheets and in response to your correspondence dated December 8, 2025. My client is the owner of US Patent no. US D978,575 S. for a Semi-Fitted Bedsheet. My client's product and your client's product are separate and distinct products. Thus, two separate patent numbers and two different companies. At no point has Toesty Sheets made an attempt to be associated with Effortless Bedding. In fact, no one that I am aware of has ever heard of Effortless Bedding.

My client has not and will not advertise Toesty Sheets as being the same as Effortless Bedding or use the word "Effortless" in its advertising or packaging. As a reminder, my client does not want to be associated with Effortless Bedding. Therefore, your threatening and insulting correspondence was unwarranted. However, my client will continue to advertise their product as "patented" and "seamless" because they are patented and seamless. My client will also continue to advertise that their sheet as "The first semi-fitted top sheet of its kind" because it is. Those are facts that can be easily established if necessary.

Please discontinue your aggressive and disparaging correspondence directed at my client. All future correspondence should be directed to me. Although, I do not anticipate hearing from you again.

Sincerely,

*Lori McHugh*

Lori McHugh

27 Pleasant Street, Middletown, CT 06457
**Telephone:** 860-346-6774 · **Toll Free:** 866-624-6997 · **Fax:** 860-346-6785
**Website:** www.mchughlawct.com

**EXHIBIT E**

Line wrap ☑

```html
<!doctype html>
<html xmlns:og="http://opengraphprotocol.org/schema/" xmlns:fb="http://www.facebook.com/2008/fbml" lang="en-US"  >
  <head>
    <meta http-equiv="X-UA-Compatible" content="IE=edge,chrome=1">
    <meta name="viewport" content="width=device-width, initial-scale=1">
    <!-- This is Squarespace. --><!-- caterpillar-cello-nlpb -->
<base href="">
<meta charset="utf-8" />
<title>Toesty Sheets | Semi-Fitted No-Tuck Top Sheets for Easy Bed Making</title>
<meta http-equiv="Accept-CH" content="Sec-CH-UA-Platform-Version, Sec-CH-UA-Model" /><link rel="icon" type="image/x-icon" href="https://assets.squarespace.com/universal
<link rel="canonical" href="https://www.toestysheets.com"/>
<meta property="og:site_name" content="Toesty Sheets"/>
<meta property="og:title" content="Toesty Sheets | Semi-Fitted No-Tuck Top Sheets for Easy Bed Making"/>
<meta property="og:url" content="https://www.toestysheets.com"/>
<meta property="og:type" content="website"/>
<meta property="og:description" content="Semi-fitted no-tuck top sheets make bed making quick, neat, and effortless. The design keeps bedding in place overnight and wor
a soft, wrinkle-resistant cotton blend for comfort and easy care."/>
<meta property="og:image" content="http://static1.squarespace.com/static/663bb2b872289d5f019822f9/t/6966b099b008d77b24b32b4b/1768337562028/toesty_square+500x500.jpg?for
<meta property="og:image:width" content="500"/>
<meta property="og:image:height" content="500"/>
<meta itemprop="name" content="Toesty Sheets &#124; Semi-Fitted No-Tuck Top Sheets for Easy Bed Making"/>
<meta itemprop="url" content="https://www.toestysheets.com"/>
<meta itemprop="description" content="Semi-fitted no-tuck top sheets make bed making quick, neat, and effortless. The design keeps bedding in place overnight and works
soft, wrinkle-resistant cotton blend for comfort and easy care."/>
<meta itemprop="thumbnailUrl" content="http://static1.squarespace.com/static/663bb2b872289d5f019822f9/t/6966b099b008d77b24b32b4b/1768337562028/toesty_square+500x500.jpg
<link rel="image_src" href="http://static1.squarespace.com/static/663bb2b872289d5f019822f9/t/6966b099b008d77b24b32b4b/1768337562028/toesty_square+500x500.jpg?format=150
<meta itemprop="image" content="http://static1.squarespace.com/static/663bb2b872289d5f019822f9/t/6966b099b008d77b24b32b4b/1768337562028/toesty_square+500x500.jpg?format
<meta name="twitter:title" content="Toesty Sheets &#124; Semi-Fitted No-Tuck Top Sheets for Easy Bed Making"/>
<meta name="twitter:image" content="http://static1.squarespace.com/static/663bb2b872289d5f019822f9/t/6966b099b008d77b24b32b4b/1768337562028/toesty_square+500x500.jpg?fo
<meta name="twitter:url" content="https://www.toestysheets.com"/>
<meta name="twitter:card" content="summary"/>
<meta name="twitter:description" content="Semi-fitted no-tuck top sheets make bed making quick, neat, and effortless. The design keeps bedding in place overnight and wo
from a soft, wrinkle-resistant cotton blend for comfort and easy care."/>
<meta name="description" content="Semi-fitted no-tuck top sheets make bed making quick, neat, and effortless. The design keeps bedding in place overnight and works grea
soft, wrinkle-resistant cotton blend for comfort and easy care." />
<link rel="preconnect" href="https://images.squarespace-cdn.com">
<link rel="preconnect" href="https://use.typekit.net" crossorigin>
<link rel="preconnect" href="https://p.typekit.net" crossorigin>
<script type="text/javascript"
src="//use.typekit.net/ik/w3QGie48EZXzEbhUAw9Dbv8Xmp_mxdP2DKZq4LFDSMIfe1vJXnX1IyvhF2jtFRZLFRjDjcJkjR6awRJt5AbuZRMU5Q6kwcjoe6MK2ABnie8hOAikdas8ShC7fbRbdsMMeMb6MKG4fFZlIM
HmvObe.js" async fetchpriority="high" onload="try{Typekit.load();}catch(e){} document.documentElement.classList.remove('wf-loading');"></script>
<script>document.documentElement.classList.add('wf-loading')</script>
<style>@keyframes fonts-loading { 0%, 99% { color: transparent; } } html.wf-loading * { animation: fonts-loading 3s; }</style>
<script type="text/javascript" crossorigin="anonymous" defer="true" nomodule="nomodule" src="//assets.squarespace.com/@sqs/polyfiller/1.6/legacy.js"></script>
<script type="text/javascript" crossorigin="anonymous" defer="true" src="//assets.squarespace.com/@sqs/polyfiller/1.6/modern.js"></script>
<script type="text/javascript">SQUARESPACE_ROLLUPS = {};</script>
<script>(function(rollups, name) { if (!rollups[name]) { rollups[name] = {}; } rollups[name].js = ["//assets.squarespace.com/universal/scripts-compressed/extract-css-ru
'squarespace-extract_css_runtime');</script>
<script crossorigin="anonymous" src="//assets.squarespace.com/universal/scripts-compressed/extract-css-runtime-17551b8eafb5a42e-min.en-US.js" defer ></script><script>(f
rollups[name].js = ["//assets.squarespace.com/universal/scripts-compressed/extract-css-moment-js-vendor-6f2a1f6ec9a41489-min.en-US.js"]; })(SQUARESPACE_ROLLUPS, 'square
<script crossorigin="anonymous" src="//assets.squarespace.com/universal/scripts-compressed/extract-css-moment-js-vendor-6f2a1f6ec9a41489-min.en-US.js" defer ></script><
= {}; } rollups[name].js = ["//assets.squarespace.com/universal/scripts-compressed/cldr-resource-pack-22c6db795661f68d-min.en-US.js"]; })(SQUARESPACE_ROLLUPS, 'squaresp
<script crossorigin="anonymous" src="//assets.squarespace.com/universal/scripts-compressed/cldr-resource-pack-22c6db795661f68d-min.en-US.js" defer ></script><script>(fu
rollups[name].js = ["//assets.squarespace.com/universal/scripts-compressed/common-vendors-stable-b8d716935110c7b2-min.en-US.js"]; })(SQUARESPACE_ROLLUPS, 'squarespace-c
<script crossorigin="anonymous" src="//assets.squarespace.com/universal/scripts-compressed/common-vendors-stable-b8d716935110c7b2-min.en-US.js" defer ></script><script>
rollups[name].js = ["//assets.squarespace.com/universal/scripts-compressed/common-vendors-88286999a7ee6fd5-min.en-US.js"]; })(SQUARESPACE_ROLLUPS, 'squarespace-common_v
<script crossorigin="anonymous" src="//assets.squarespace.com/universal/scripts-compressed/common-vendors-88286999a7ee6fd5-min.en-US.js" defer ></script><script>(functi
rollups[name].js = ["//assets.squarespace.com/universal/scripts-compressed/common-685e8299b71caa80-min.en-US.js"]; })(SQUARESPACE_ROLLUPS, 'squarespace-common');</scrip
```

**EXHIBIT F**

US00D978575S

# (12) United States Design Patent
Wytas

(10) Patent No.: **US D978,575 S**
(45) Date of Patent: ✶✶ **Feb. 21, 2023**

(54) **PARTIALLY FITTED TOP SHEET FOR A MATTRESS**

(71) Applicant: **Michele Wytas**, East Haddam, CT (US)

(72) Inventor: **Michele Wytas**, East Haddam, CT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/722,084**

(22) Filed: **Jan. 27, 2020**

(51) **LOC (14) Cl.** .............................................. **06-13**
(52) **U.S. Cl.**
USPC ........................................................ **D6/602**
(58) **Field of Classification Search**
USPC ..... D6/596, 602, 603, 610, 611, 616, 695.1,
D6/695.3; D7/376, 391
CPC ........... A45C 13/36; A45C 3/03; A45C 3/001;
B60R 7/043; B60N 2/60; A47C 31/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,865,329 A | * | 6/1932 | McHorter | A47G 9/02 5/500 |
| 2,679,056 A | * | 5/1954 | Simpson | A47G 9/0246 5/485 |
| 2,695,414 A | * | 11/1954 | Ford | A47G 9/0246 5/485 |
| 3,020,566 A | * | 2/1962 | Anderson | A47G 9/0246 5/497 |
| 3,181,179 A | * | 5/1965 | Roddey, Jr. | A47C 21/022 5/497 |
| 3,962,739 A | * | 6/1976 | Crockett | A47G 9/02 5/497 |
| 4,266,308 A | * | 5/1981 | Shatz | A47G 9/02 5/494 |
| 4,308,626 A | * | 1/1982 | Weiss | A47G 9/0246 5/485 |
| 4,316,299 A | * | 2/1982 | Friedman | A47G 9/02 5/485 |
| 4,964,184 A | * | 10/1990 | Lewis | A47G 9/02 5/498 |
| 5,027,460 A | * | 7/1991 | Honig | A47G 9/0246 5/497 |
| 5,189,744 A | * | 3/1993 | Roberts | A47G 9/0246 5/497 |

(Continued)

OTHER PUBLICATIONS

CleverFit Connected Bed Sheets, Feb. 2, 2018 found on Apr. 18, 2022 at https://www.aslanmattress.com/products/clever-fit-connected-bed-sheets (Year: 2018).*

(Continued)

*Primary Examiner* — Karen S Acker
(74) *Attorney, Agent, or Firm* — John F. Vodopia

(57) **CLAIM**

The Ornamental Design for a partially fitted top sheet for a mattress, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front and left perspective view of a partially fitted top sheet for a mattress;
FIG. **2** is a top plan view thereof;
FIG. **3** is a bottom plan view thereof;
FIG. **4** is a front elevation view thereof;
FIG. **5** is a rear elevation view thereof;
FIG. **6** is a right elevation view thereof;
FIG. **7** is a left elevation view thereof; and,
FIG. **8** is a top, front and left perspective view of the partially fitted top sheet for a mattress shown in a position of use. The broken lines within the article depict portions of the partially fitted top sheet for a mattress that form no part of the claimed design. The broken lines illustrating a bed and mattress in FIG. **8** depict environmental subject matter that forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



## US D978,575 S

Page 2

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D338,796 | S | * | 8/1993 | Staudinger | A47C 27/001 |
| | | | | | D6/596 |
| 5,465,440 | A | * | 11/1995 | Heptner | A47G 9/0246 |
| | | | | | 5/495 |
| D383,028 | S | * | 9/1997 | Pierce | D6/602 |
| D388,997 | S | * | 1/1998 | Trower | D6/602 |
| 5,884,349 | A | * | 3/1999 | Gretsinger | A47G 9/02 |
| | | | | | 5/497 |
| 5,901,389 | A | * | 5/1999 | Manner | A47G 9/02 |
| | | | | | 5/482 |
| D433,865 | S | * | 11/2000 | Willbanks | A47G 9/0246 |
| | | | | | D6/602 |
| D437,722 | S | * | 2/2001 | Ierino | D6/596 |
| 6,532,608 | B2 | * | 3/2003 | Schreiner | A47G 9/0246 |
| | | | | | 5/497 |
| 6,725,477 | B2 | * | 4/2004 | Ciaglia | A47G 9/02 |
| | | | | | 5/497 |
| 7,086,102 | B1 | * | 8/2006 | Frazier | A47G 9/02 |
| | | | | | 5/497 |
| 7,260,858 | B2 | * | 8/2007 | Cushing | A47G 9/0246 |
| | | | | | 5/497 |
| 7,302,721 | B1 | * | 12/2007 | Dorr | 5/485 |
| 7,380,297 | B2 | * | 6/2008 | Bauer | A47G 9/0207 |
| | | | | | 5/482 |
| D583,606 | S | * | 12/2008 | Mazzuca | D6/606 |
| 8,336,137 | B2 | * | 12/2012 | Aprile | A47G 9/0246 |
| | | | | | 5/497 |
| D677,961 | S | * | 3/2013 | McKee | A47G 9/0246 |
| | | | | | D6/595 |
| D681,996 | S | * | 5/2013 | Jimenez-Hernandez | D6/602 |
| 8,601,621 | B2 | * | 12/2013 | Aprile | A47G 9/0246 |
| | | | | | 5/497 |
| D698,585 | S | * | 2/2014 | McClutchen | A47G 9/0246 |
| | | | | | D6/596 |
| D698,587 | S | * | 2/2014 | Caines | D6/602 |
| D699,983 | S | * | 2/2014 | Polesuk | A47G 9/0246 |
| | | | | | D6/602 |

| | | | | | |
|---|---|---|---|---|---|
| 9,038,213 | B2 | * | 5/2015 | Cuneo | A47G 9/0246 |
| | | | | | 5/497 |
| 9,138,060 | B2 | * | 9/2015 | Vainberg | A47C 31/116 |
| 9,167,919 | B2 | * | 10/2015 | Walker | A47C 27/007 |
| 9,247,835 | B2 | * | 2/2016 | Blethen | A47G 9/0246 |
| D773,209 | S | * | 12/2016 | Jaigobin | A47G 9/02 |
| | | | | | D6/596 |
| D773,859 | S | * | 12/2016 | Feldman | D6/602 |
| D792,124 | S | * | 7/2017 | Blatt | A47G 9/0246 |
| | | | | | D6/596 |
| D806,442 | S | * | 1/2018 | Alletto, Jr. | D6/602 |
| D867,787 | S | * | 11/2019 | Stricklen | D6/602 |
| 10,624,475 | B2 | * | 4/2020 | Holt | A47C 27/001 |
| D893,918 | S | * | 8/2020 | Palit | D6/603 |
| D907,401 | S | * | 1/2021 | Joy | D6/602 |
| D960,609 | S | * | 8/2022 | Tak | D6/602 |
| D968,850 | S | * | 11/2022 | Yao | D6/602 |
| 2006/0248646 | A1 | * | 11/2006 | Marsh | A47G 9/0246 |
| | | | | | 5/494 |
| 2009/0313757 | A1 | * | 12/2009 | Walsh-Barltrop | A61F 5/3784 |
| | | | | | 5/424 |
| 2011/0012405 | A1 | * | 1/2011 | Conforti | A47C 7/62 |
| | | | | | 297/223 |
| 2018/0360227 | A1 | * | 12/2018 | Martin | A47G 9/0246 |
| 2020/0128979 | A1 | * | 4/2020 | Hinman | A47G 9/0223 |

### OTHER PUBLICATIONS

Effortless Bedding, Nov. 14, 2016, found on Apr. 18, 2022 at https://www.amazon.com/Effortless-Microfiber-Twin-Sage-Green/dp/B014A6D6l2/ref=sr_1_7?crid=2K02DY98P3BP5&keywords=semi%2Bfitted%2Btop%2Bsheet&qid=1650305966&sprefix=semi%2Bfitted%2Btop%2Bsheet%2Caps%2C77&sr=8-7&th=1 (Year: 2016).*
Effortless Plush, Sep. 11, 2015, found on Apr. 18, 2022 at https://www.amazon.com/Effortless-Bedding-Oversized-Semi-Fitted-California/dp/B014QZ5NUQ?ref_=ast_sto_dp&th=1 (Year: 2015).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

**U.S. Patent**    Feb. 21, 2023    Sheet 4 of 5    US D978,575 S



FIG. 4

FIG. 5

FIG. 6

FIG. 7



FIG. 8